Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

SOUTHERN DIVISION

**FILED - GR**
August 30, 2021 2:01 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW /8-31

CASSADAY, KEVIN W. *9178 - PRO SE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

FEDERAL BUREAU OF INVESTIGATION
CHRISTOPHER WRAY - DIRECTOR
DETROIT FBI - TIMOTHY WATERS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 
1:21-cv-759
**Paul L. Maloney**
**United States District Judge**

Jury Trial: *(check one)*  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN WILLIAM CASSADAY |
| Address | 1804 GUENTHER AVE |
| | LANSING, MI 48917 |
| | *City / State / Zip Code* |
| County | EATON |
| Telephone Number | 989-615-7096 |
| E-Mail Address | KWCASSADAY@YAHOO.COM - PREFERED |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | FEDERAL BUREAU OF INVESTIGATION |
| Job or Title *(if known)* | CHRISTOPHER WRAY - DIRECTOR OF FBI |
| Address | 935 PENNSYLVANIA AVE, NW |
| | WASHINGTON, DC 30535 |
| County | |
| Telephone Number | 202-324-3000 |
| E-Mail Address *(if known)* | |

BOTH   ☒ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | DETROIT FBI |
| Job or Title *(if known)* | TIMOTHY WATERS - SPECIAL AGENT IN CHARGE |
| Address | 477 MICHIGAN AVE., 26TH FLOOR |
| | DETROIT, MI 48226 |
| County | |
| Telephone Number | 313-965-2323 |
| E-Mail Address *(if known)* | |

BOTH   ☒ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
  Name
  Job or Title *(if known)*
  Address

  |City|State|Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

**Defendant No. 4**
  Name
  Job or Title *(if known)*
  Address

  |City|State|Zip Code|

  County
  Telephone Number
  E-Mail Address *(if known)*

  [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [✓] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  18 U.S. CODE SECTION 1091 - GENOCIDE; 21 U.S. CODE SECTION 848 - CRIMINAL ENTPRISE
  42 U.S. CODE SECTION 3617 - COERCION, INTIMIDATION
  MICHIGAN CONSTITUTION OF 1963 ARTICLE 1 SECTION 1, 2, 4, 7, 9, 22, 23, 26
  18 U.S. CODE CHAPTER 113B - TERRORISM
  18 U.S. CODE SECTION 1510 - OBSRUCTION OF CRIMINAL INVESTIGATIONS; FOIA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

        RETALIATION
        WHISLEBLOWERS PROTECTIONS
        DEPRIVATION OF RIGHTS
        OPPRESSION

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    42 U.S. CODE SECTION 1983 - DEPRIVATION OF RIGHTS
    21 U.S. CODE SECTION 848 - CRIMINAL ENTERPRISE
    42 U.S. CODE SECTION 3617 - COERCION, INTIMIDATION
    18 U.S. CODE CHAPTER 113B - TERRORISM; FOIA; RICO ACT

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
    PLAINTIFF'S LIFE, HE IS NATIVE

B. What date and approximate time did the events giving rise to your claim(s) occur?
    NOVEMBER 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
MR. CASSADAY CONTACTED THE FBI NUMEROUS TIMES ABOUT THE ABUSE IN HIS LIFE, GOING BACK ALMOST TWO YEARS AGO FOR THEM TO PAY ATTENTION....
IF THE FBI DID PAY ATTENTION, WHO IS USING THAT INFO TO HARASS ME?
IF THE FBI DID NOT PAY ATTENTION, IT IS BECAUSE THEY ARE CORRUPT FROM TOP TO BOTTOM, FBI IS FOR AMERICA ALL THE FORIGN LOCATIONS NEED TO CLOSE & ALLOW THE CIA TO DO THEIR ROLE..... WE HAVE THE CIA DOING WORK IN AMERICA & FBI OUTSIDE U.S.?
THE FBI HAS FAILED AMERICA, WAITING TILL 1 DAY BEFORE JAN 6, 2021 TO NOTIFY THE IMMENENT THREAT? MR. CASSADAY NOTIFIED YOU ALL REPEATEDLY, BUT THE SITE TO REPORT TIPS WAS DYSFUNCTIONAL, IC3 YOU WANT PEOPLE TO COPY & PASTE EMAILS THAT THEY WANT TO PROVE FONT CHANGE ON THAT YOU WOULD DENY CREDENCE BY THE FBI PURPOSEFULLY SETTING UP A DYSFUNCTIONAL SYSTEM TO SELECT THEIR NARRATIVE. CHRISTOPHER WRAY SAT & TOLD LEGESLATORS ON CAPITOL HILL WE NEED NEW LAWS. I HAVE SOME QUESTIONS FOR OUR LEADERSHIP OF THE FBI WRAY & WATERS.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

EMOTIONAL DISRESS
ACT OF TERRORISM
SLANDER
TORTURE
ABUSE
NEGLECT
WRONGFUL IMPRISONMENT
POISON
ACTS OF WAR
DOUBLE STANDARD
HYPOCRICY
GENOCIDE
NEGLEGENCE

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ACCOUNTABILITY TO THE FULLEST ALLOWABLE
MONETARY TO FULLEST ALLOWABLE, IN EXCESS OF $75,000

NEW LEADERSHIP - MCL 750.5 FOR ALL ABUSERS {ANYTHING OF THE LIKES}

ALL DEFENDANT' THAT HAVE ENGAGED IN THE TERRORISTIC CRIMNAL ACTIVITY UPON AMERICANS, SHOULD BE BANISHED FROM GOVERNMENT, NON PARDONABLE..

PLAINTIFF WISHES TO RESERVE THE RIGHT TO,
MI CONSTITUTION ARTICLE 1 SECTION 24 - RIGHTS OF CRIME VICTIMS

DAMAGES WILL BE COST OF THE FBI PER YEAR OF FAILURE, MULTIPLY THAT BY 3 + 1/3 PRO SE FEES.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/26/2021

Signature of Plaintiff: *Kevin Cassaday* (Digitally signed by Kevin Cassaday, Location: 1804 GUENTHER AVE; LANSING, MI 48917, Date: 2021.08.26 22:13:28 -04'00')

Printed Name of Plaintiff: KEVIN CASSADAY

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code:

Telephone Number:

E-mail Address:

**Return Service Requested**

**USPS Click-N-Ship®**

usps.com 9489 3036 9930 0000 5564 81 0160 5000 0014 9503
$16.05
US POSTAGE
Flat Rate Env
Signature Confirmation

**U.S. POSTAGE PAID**
Click-N-Ship®

08/27/2021 Mailed from 48917

### PRIORITY MAIL 1-DAY™

KEVIN W CASSADAY
1804 GUENTHER AVE
LANSING MI 48917-8524

Expected Delivery Date: 08/28/21
Ref#: RETURN SVC
**0005**

C040

**RESTRICTED DELIVERY**
**SIGNATURE REQUIRED**

SHIP TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
110 MICHIGAN ST NW
STE 399
GRAND RAPIDS MI 49503-2317

**USPS SIGNATURE TRACKING #**



9489 3036 9930 0000 5564 81

Electronic Rate Approved #038555749